UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CAROL REGO,
individually and on behalf of all
others similarly situated,

        Plaintiff,

v.                                                          Case No. 17-C-66

LIBERTY MUTUAL MANAGED CARE, LLC,

        Defendant.

## ORDER

Based upon the recitals, stipulations, and agreements contained in Carol Rego, the Opt-in Plaintiffs, and Liberty Mutual Managed Care, LLC's Joint Stipulation for Approval of Settlement, Dismissal of Claims with Prejudice, and Entry of Judgment (Dkt. No. 79), **IT IS HEREBY ORDERED** that:

1. The court **APPROVES** the terms of the parties' resolution of the Settling Plaintiffs' claims for unpaid wages and liquidated damages as a fair and reasonable resolution of a bona fide dispute regarding unpaid wages under the Fair Labor Standards Act;

2. The claims asserted in the complaint are **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this  22nd  day of August, 2019.

                                                              s/ William C. Griesbach
                                                             William C. Griesbach, Chief Judge
                                                            United States District Court